IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LASHONDA COX**             **PLAINTIFF/COUNTER-DEFENDANT**

**v.**             **CIVIL ACTION NO. 2:23-cv-84-TBM-RPM**

**JERRY W. COX**             **DEFENDANT/COUNTER-PLAINTIFF**

### ORDER

This matter came before the Court on LaShonda Cox's Motion for Summary Judgment [38] and Jerry W. Cox's Motion for Summary Judgment [40]. At the hearing conducted on March 5, 2025, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed finding and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that LaShonda Cox's Motion for Summary Judgment [38] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Jerry W. Cox's Motion for Summary Judgment [40] is DENIED.

This, the 5th day of March, 2025.

                                                          TAYLOR B. McNEEL
                                                          UNITED STATES DISTRICT JUDGE